From: Paula Marble pm@g-etg.com
Subject: Multistate Trust: Columbus and Meridian: Wire Payment ($434,675.17)
Date: Jul 7, 2021 at 4:43:20 PM
To: Antwann Richardson antwann@j5gbl.com, shanta@j5gbl.com
Cc: Lauri Gorton lg@g-etg.com, Molly Jane Roby mr@g-etg.com, Jennifer Roberts jr@g-etg.com

Antwann and Shanta,

Today we processed a wire payment in the amount of $434,675.17 for the following invoices:

Columbus:
CMD2106 for $279,678.34
COM2106 for $36,681.91
CRA2106 for $93,633.24
CS2106 for $262

Meridian:
M2106 $24,419.68

Wire confirmation # 070711B7033R019290. Let me know if you have any issues receiving the wire.

Thank you,
Paula

**BancorpSouth**
Member FDIC

```
                                                                        30/5
     J5GBL LLC
     PO BOX 2446
     COLUMBUS MS   39704-2446

                                                       STATEMENT DATE
                                                             07/31/21
                                                       ACCOUNT NUMBER
                                                           7737-462-7


     INFOLINE   1-888-797-7711
     * * * * * * * * CHECKING ACCOUNT SUMMARY * * * * * * * * * *
     PREVIOUS BALANCE         29,060.72          AVERAGE BALANCE
        +     3 CREDITS      471,465.38                   27,849
        -     8  DEBITS      491,594.27       YTD INTEREST PAID
        -  SERVICE CHARGES       55.00                       .00
        +  INTEREST PAID          .00
     ENDING BALANCE           8,876.83


     DAYS IN PERIOD                                               31


     * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * *
        DEPOSITS AND OTHER CREDITS
     DATE.........AMOUNT.TRANSACTION DESCRIPTION       CHK NO/ATM CD
     07/01     28,000.00 DEPOSIT
     07/07    434,675.17 GREENFIELD ENVIRONMENTAL MULTISTATE
                         121000248 WELLS FARGO SF
                         16 18 J5 GBL MAY 16 18 J5 GBL MAY
     07/27      8,790.21 MULTISTATE ENVIR 2277065741
                         J5 GBL           MST          CCD
        CHECKS
     DATE..CHECK NO..........AMOUNT   DATE..CHECK NO...........AMOUNT
     07/01     1376*         500.00   07/19      1378       33,630.00
     07/01     1377       28,550.00   07/21      1379           79.45
        OTHER DEBITS
     DATE.........AMOUNT.TRANSACTION DESCRIPTION       CHK NO/ATM CD
     07/01     28,000.00 J5 SOLUTIONS LLC
                         062206295 CADENCE BANK
     07/01         10.00 RT WEB TXFR DB           070121
                         BANCORPSOUTH    XFER DB    INTBK001
                         CUSTOMER TRANSFER TO   IM 00000077374619

     07/01         15.00 WIRE FEE
     07/07         15.00 WIRE FEE
     07/08    400,000.00 J5 SOLUTIONS LLC
                         062206295 CADENCE BANK
     07/08         15.00 WIRE FEE
     07/22        824.82 CHECKING WITHDRAWAL
     07/30         10.00 SERVICE CHARGE
```

# ☰ CADENCE
## BANK

```
J5 SOLUTIONS, LLC                                                      07/31/21
RETURNED MAIL 6/17/2021
605 2ND AVE. NORTH
COLUMBUS MS   39702

                                                                     5300178711

    15
*** CHECKING *** IGNITE FOR BUSINESS                         HOLDH    CYCLE-031
ACCOUNT NUMBER    5300178711
PREVIOUS STATEMENT BALANCE AS OF 06/30/21 .........................       .00
   PLUS     24  DEPOSITS AND OTHER CREDITS ........................ 853,517.95
   LESS    104  CHECKS AND OTHER DEBITS ........................... 650,538.84
CURRENT STATEMENT BALANCE AS OF 07/31/21 .......................... 202,979.11
NUMBER OF DAYS IN THIS STATEMENT PERIOD    31
```

*** CHECK TRANSACTIONS ***

| SERIAL | DATE  | AMOUNT    | SERIAL | DATE  | AMOUNT |
|--------|-------|-----------|--------|-------|--------|
|        | 07/30 | 1,534.44  | 180*   | 07/01 | 56.50  |
| 132*   | 07/13 | 5,630.00  | 180    | 07/13 | 56.50  |
| 133    | 07/14 | 2,216.67  | 181    | 07/06 | 93.80  |
| 134    | 07/12 | 269.51    | 182    | 07/06 | 75.00  |
| 135    | 07/16 | 20,000.00 | 183    | 07/02 | 51.60  |
| 136    | 07/23 | 1,879.50  |        |       |        |

*** CHECKING ACCOUNT TRANSACTIONS ***

| DATE  | DESCRIPTION                                    | DEBITS     | CREDITS    |
|-------|------------------------------------------------|------------|------------|
| 07/01 | INCOMING WIRE TRANSFER;2021070 1MMQFMPF1000683 |            | 28,000.00  |
| 07/01 | XFER FROM XXX9670 TO XXX8711                   |            | 19,220.82  |
| 07/01 | DEPOSIT                                        |            | 28,550.00  |
| 07/01 | RETURNED CHECK # 00000180                      |            | 56.50      |
| 07/01 | XFER FROM XXX8711 TO XXX3431                   | 4,633.20   |            |
| 07/01 | XFER FROM XXX8711 TO XXX3654                   | 5,938.83   |            |
| 07/01 | XFER FROM XXX8711 TO XXX3969                   | 17,641.31  |            |
| 07/01 | XFER FROM XXX8711 TO XXX8612                   | 45,207.17  |            |
| 07/02 | XFER FROM XXX9670 TO XXX8711                   |            | 126.69     |
| 07/02 | XFER FROM XXX3969 TO XXX8711                   |            | 279.85     |
| 07/02 | XFER FROM XXX3969 TO XXX8711                   |            | 3,455.80   |
| 07/02 | XFER FROM XXX9670 TO XXX8711                   |            | 8,670.19   |
| 07/02 | OUTGOING WIRE TRANSFER;2021070 2MMQFMPAY000625 | 1,000.00   |            |
| 07/02 | OUTGOING WIRE TRANSFER;2021070 2MMQFMPAY000891 | 2,170.00   |            |
| 07/02 | XFER FROM XXX8711 TO XXX3639                   | 1,724.82   |            |
| 07/02 | XFER FROM XXX8711 TO XXX3969                   | 6,945.37   |            |
| 07/02 | NSF FEE                                        | 36.00      |            |
| 07/02 | XFER FROM XXX8711 TO XXX3938                   | 323.70     |            |
| 07/02 | XFER FROM XXX8711 TO XXX0646                   | 862.71     |            |
| 07/02 | Loan #3805                                     | 1,534.44   |            |
| 07/07 | XFER FROM XXX3639 TO XXX8711                   |            | 2,325.00   |
| 07/07 | XFER FROM XXX3654 TO XXX8711                   |            | 3,197.69   |
| 07/07 | XFER FROM XXX7385 TO XXX8711                   |            | 6,978.19   |
| 07/07 | OUTGOING WIRE TRANSFER;2021070 7MMQFMPAY000270 | 11,980.76  |            |
| 07/08 | INCOMING WIRE TRANSFER;2021070 8MMQFMPF1000026 |            | 400,000.00 |
| 07/08 | XFER FROM XXX8711 TO XXX7385                   | 585.52     |            |
| 07/08 | XFER FROM XXX8711 TO XXX7385                   | 10,000.00  |            |
| 07/08 | XFER FROM XXX8711 TO XXX3969                   | 10,000.00  |            |
| 07/08 | ACHPFND:BATCH SEQ NUM:PREFUND                  | 8,000.00   |            |
| 07/08 | ACHPFND:BATCH SEQ NUM:PR.FUND                  | 18,613.00  |            |
| 07/09 | XFER FROM XXX8711 TO XXX7385                   | 1,956.98   |            |
| 07/09 | XFER FROM XXX8711 TO XXX7385                   | 180,400.00 |            |

# CADENCE BANK

J5 GBL, LLC
OPERATING ACCOUNT  07/31/21
P.O. BOX 2446
COLUMBUS MS  39704

5300147385

23
\*\*\* CHECKING \*\*\* IGNITE FOR BUSINESS                                CYCLE-031
ACCOUNT NUMBER   5300147385
PREVIOUS STATEMENT BALANCE AS OF 06/30/21 .................................       2.98
   PLUS      37   DEPOSITS AND OTHER CREDITS .............................  722,447.63
   LESS      73   CHECKS AND OTHER DEBITS ................................  728,495.86
CURRENT STATEMENT BALANCE AS OF 07/31/21 .................................    6,045.25-
NUMBER OF DAYS IN THIS STATEMENT PERIOD     31

\*\*\* CHECK TRANSACTIONS \*\*\*

| SERIAL | DATE  | AMOUNT    | SERIAL | DATE  | AMOUNT    |
|--------|-------|-----------|--------|-------|-----------|
|        | 07/30 | 1,177.58  | 2639   | 07/21 | 2,048.00  |
| 2629*  | 07/01 | 189.39    | 2641*  | 07/22 | 2,595.00  |
| 2630   | 07/01 | 2,923.82  | 2643*  | 07/29 | 1,377.19  |
| 2631   | 07/12 | 4,500.00  | 2644   | 07/20 | 725.00    |
| 2632   | 07/06 | 1,565.89  | 2645   | 07/20 | 5,269.75  |
| 2634*  | 07/15 | 1,519.50  | 2647*  | 07/21 | 2,096.69  |
| 2635   | 07/14 | 1,698.50  | 2649*  | 07/19 | 11,968.75 |
| 2636   | 07/16 | 2,528.60  | 2657*  | 07/30 | 9,868.62  |
| 2637   | 07/20 | 1,100.00  | 4675*  | 07/23 | 109.87    |
| 2638   | 07/20 | 2,850.06  |        |       |           |

\*\*\* CHECKING ACCOUNT TRANSACTIONS \*\*\*

| DATE  | DESCRIPTION | DEBITS | CREDITS |
|-------|-------------|--------|---------|
| 07/01 | PAPER STATEMENT FEE | 2.00 | |
| 07/02 | XFER FROM XXX3969 TO XXX7385 | | 2,372.88 |
| 07/02 | RETURNED ACH ITEM | | 315.00 |
| 07/02 | RETURNED ACH ITEM | | 1,797.47 |
| 07/02 | OVERDRAFT FEE | 72.00 | |
| 07/02 | AC-Remote Account10-CASH CONCC57545 J5 GBL, LLC | 315.00 | |
| 07/02 | AC-Industrious ATL -Industriou ST-U0V9C2N0E1T0 J5 GBL LLC | 1,797.47 | |
| 07/06 | NSF FEE | 72.00 | |
| 07/06 | AC-BLUE CROSS OF MS-INSUR PREM0048592 J5 GBL LLC | 17,107.06 | |
| 07/07 | DEPOSIT | | 31,929.19 |
| 07/07 | XFER FROM XXX7385 TO XXX9670 | 4,047.70 | |
| 07/07 | XFER FROM XXX7385 TO XXX8711 | 6,978.19 | |
| 07/07 | OVERDRAFT FEE | 72.00 | |
| 07/07 | AC-MSDEPTOFREVENUE -TAXPAYMENT M1992285952 J5 GBL LLC | 1,275.00 | |
| 07/08 | XFER FROM XXX8711 TO XXX7385 | | 585.52 |
| 07/08 | XFER FROM XXX3639 TO XXX7385 | | 620.00 |
| 07/08 | XFER FROM XXX8711 TO XXX7385 | | 10,000.00 |
| 07/08 | AC-MSDEPTOFREVENUE -TAXPAYMENT M974962688 J-5 G B L, L L C | 1,275.00 | |
| 07/08 | ACHPFND:BATCH SEQ NUM:PREFUND | 4,387.50 | |
| 07/09 | XFER FROM XXX8711 TO XXX7385 | | 1,956.98 |
| 07/09 | XFER FROM XXX3969 TO XXX7385 | | 2,000.00 |
| 07/09 | XFER FROM XXX8711 TO XXX7385 | | 180,400.00 |
| 07/09 | OUTGOING WIRE TRANSFER;2021070 9MMQFMPAY000229 | 2,000.00 | |
| 07/09 | OUTGOING WIRE TRANSFER;2021070 9MMQFMPAY000396 | 15,400.00 | |
| 07/09 | OUTGOING WIRE TRANSFER;2021070 9MMQFMPAY000462 | 125,000.00 | |