# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

IN RE UNITED STATES OF AMERICA        MISCELLANEOUS ACTION NO. 23-00001

VERSUS        JUDGE DONALD E. WALTER

EDWARDS ET AL., FORFEITURE
AND SEIZURE OF PROPERTY

## ORDER

This matter was referred to the undersigned (Record Document 1) by Chief Judge Priscilla Richman of the Fifth Circuit Court of Appeals. Following review, **IT IS ORDERED** that the Clerk of Court close this matter.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 5th day of May, 2023.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE